# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand twenty-four.

Before:        Myrna Pérez,
                    *Circuit Judge.*

_____

Michelle Phippen, individually and as General Guardian of P.P. and L. A., et al.,

        Plaintiff - Appellants,

  v.

Walgreens Co., Johnson & Johnson Consumer Inc., Walmart Inc.,

        Defendants - Appellees.

_____
_____

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

        Plaintiff - Appellants,

  v.

Walgreen Co., Costco Wholesale Corporation, et al.,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 24-2594

Docket Nos. 24-916(L), 24-1121(Con), 24-2360(Con).

    Appellants seek consolidation of their appeal docketed under 24-2594 with the appeals docketed under 24-916(L), 24-1121(Con), 24-2360(Con). The motion is opposed.

    IT IS HEREBY ORDERED that the motion is granted to the extent that the appeals shall be heard in tandem by the same panel. The October 23, 2024 order in 24-2594 setting a briefing schedule is amended as follows: Appellants' opening brief is due January 20, 2025. Appellees'

response brief is due April 2, 2025. The reply brief is due April 11, 2025. The appeals shall be placed on the first available calendar following the filing of Appellees' brief.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court