# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-five.

In re: Acetaminophen - ASD-ADHD Products Liability Litigation

------------------------------------------------

**ORDER**

Docket No. 24-2594

Michelle Phippen, et al.,

    Plaintiffs - Appellants,

v.

Walgreens Co., Johnson & Johnson Consumer Inc., Walmart Inc.,

    Defendants - Appellees.

    Appellants move for permission to submit only the relevant docket entries and other parts of the record that specifically relate to this appeal and otherwise rely on the joint appendix already filed in the tandem appeals (Docket Nos. 24-916(L), 24-1121(Con), and 24-2360(Con)). Appellants propose that the appendix for this appeal be a continuation of the joint appendix filed in 24-916(L). Appellees do not oppose this motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court