# King & Spalding

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, D.C. 20006

Tel: +1 202 737 0500
Fax: +1 202 626 3737
kslaw.com

Jeffrey S. Bucholtz
Direct Dial: +1 202 626 2907
jbucholtz@kslaw.com

April 4, 2025

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re: Acetaminophen - ASD-ADHD Products Liability Litigation*, **No. 24-2594**

Dear Ms. Wolfe:

    We represent Defendant-Appellee Walmart Inc. in the above-referenced appeal. Walmart Inc. writes to confirm that it joins in full the Brief for Defendants-Appellees that counsel for Johnson & Johnson Consumer Inc. filed on April 2, 2025 (ECF No. 70.1).

                            Respectfully submitted,

                            */s/ Jeffrey S. Bucholtz*
                            Jeffrey S. Bucholtz

                            *Counsel for Defendant-Appellee Walmart Inc.*

CC: All counsel of record (via ACMS)