

2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904 U.S.A.
(310) 284-3880
Fax (310) 284-3894

www.btlaw.com

Kristen L. Richer
(310) 284-3896
kristen.richer@btlaw.com

April 7, 2025

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    *In re: Acetaminophen ASD-ADHD Products Liability Litigation,* **No. 24-2594**

Dear Ms. Wolfe:

  We represent Defendant-Appellee Walgreen Co. in the above referenced appeal. Walgreen Co. writes to confirm that they join in full to the Brief for Defendants-Appellees filed by counsel for Johnson & Johnson Consumer Inc. on April 2, 2025 (ECF No. 70.1).

              Respectfully submitted,

              */s/ Kristen L. Richer*

              Kristen L. Richer

cc: All Counsel of Record (via ACMS)

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.