UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of September, two thousand twenty-five,

Michelle Phippen, individually and as General Guardian of P.P. and L. A., minors, Alisha Day, individually and as mother, General Guardian of A.D., a minor, Sarah Stokes, individually and as General Guardian of K.G., a minor, Juan Emanuel Bordoy, individually, Mary Elin Arce, individually and as Mother of Juan Emanuel Bordoy, Amanda Trigloff, individually and as General Guardian of R.S., a minor, Deandre Barbee, individually, Jantail Barbee, individually and as Mother of Deandre Barbee, Laurie Courington, Hunter Courington, Jennifer Morrow, Alena Morrow, Callista Bassett, Andrew Bassett, Sonnita Roby, individually and as General Guardian of D.P., a minor, Shannon Mikuski, Braydon McKenzie, Heather Gilliam, Colby Gilliam, Taylor Brown, Taryne Burke, individually and as Mother with Court Appointed Guardian of Ashton Burke, Samari Sims, individually, Denisa Cullom, individually and as Mother of Samari Sims, Collin Stover, individually, Dana Stewart, individually and as Mother of Colling Stover, Rian Czar Johnson, individually, Shilo Rich, individually and as Mother of Rian Czar Johnson, Sheena Schnepp, individually and as Mother and Natural Guardian of H.S., a minor, Zayne Costello, individually, Crystal Alexander, Courtney Tillotson, Michelle Brown,

**ORDER**

Docket No. 24-2594

        Plaintiff - Appellants,

 v.

Walgreens Co., Johnson & Johnson Consumer Inc., Walmart Inc.,

        Defendants - Appellees.

IT IS HEREBY ORDERED that the oral argument in the above titled appeal, set for Monday, October 6, 2025, is ADJOURNED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court