S.D.N.Y. – N.Y.C.
22-md-3043, 22-mc-3043
Cote, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of July, two thousand twenty-six.

Present:
Guido Calabresi,
Gerard E. Lynch,
Eunice C. Lee,
     *Circuit Judges*.

---

Tiffany Rutledge et al.,

*Plaintiffs-Appellants*,

v.

24-916(Lead),
24-1121(Con),
24-2360(Con)

Walgreen Co. et al.,

*Defendants-Appellees*.

---

Michelle Phippen et al.,

*Plaintiffs-Appellants*,

v.

24-2594

Walgreen Co. et al.,

*Defendants-Appellees*.

---

Portions of the record in this case were sealed in the district court and have remained sealed in this court. Today the panel has published an opinion that redacts citations to sealed material, specifically Defendant-Appellee Johnson & Johnson Consumer Inc.'s *Review of Cases Reporting*

*In-Utero Exposure and Neurocognitive/Neurodevelopmental Issues With the Use of Paracetamol*, Exhibit 109 to Declaration of Ashley C. Keller, App'x 6601-81.

"[D]ocuments submitted to a court for its consideration in a summary judgment motion are—as a matter of law—judicial documents to which a strong presumption of access attaches, under both the common law and the First Amendment." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006).

Before unsealing this document, the panel wishes to hear the parties' views regarding unsealing. Any objection should describe with specificity the basis for the objection and any proposed redactions. Should the parties fail to establish good cause, the redacted portions of the Court's opinion and the document from which they quote will be unsealed.

Accordingly, IT IS HEREBY ORDERED that the parties file letters no longer than three pages, double-spaced, explaining their respective views. The letters are due by Wednesday, July 15, 2026, at 5:00 p.m.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2