**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 24-2594

Caption [use short title]

**Motion for:** A 45-Day Extension of Time to File

Defendants-Appellees' Motion For Rehearing

and Rehearing En Banc.

Set forth below precise, complete statement of relief sought:

The motion seeks an extension of the filing

deadline for Defendants-Appellees' motion

for rehearing and rehearing en banc from

July 27, 2026 to September 10, 2026.

Phippen, et al. v. Walgreens Co., et al.

**MOVING PARTY:** Defendants-Appellees          **OPPOSING PARTY:** Plaintiffs-Appellants

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner          ☒ Appellee/Respondent

**MOVING ATTORNEY:** Naomi J. Scotten, et al.          **OPPOSING ATTORNEY:** Ashley C. Keller, et al.

[name of attorney, with firm, address, phone number and e-mail]

Orrick, Herrington & Sutcliffe LLP          Keller Postman LLC

51 West 52nd Street, New York, NY 10019          150 N. Riverside Plaza, Suite 4100, Chicago, IL 60606

(212) 506-5116; nscotten@orrick.com          (312) 741-5222; ack@kellerpostman.com

Court- Judge/ Agency appealed from: Hon. Denise L. Cote, U.S.D.C. for S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☒ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Naomi J. Scotten          **Date:** July 14, 2026          Service : ☒ Electronic  ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

MICHELLE PHIPPEN, INDIVIDUALLY
AND AS GENERAL GUARDIAN OF P.P.
AND L.A., MINORS, ALISHA DAY,
INDIVIDUALLY AND AS MOTHER,
GENERAL GUARDIAN OF A.D., A
MINOR, SARAH STOKES,
INDIVIDUALLY AND AS GENERAL
GUARDIAN OF K.G., A MINOR, JUAN
EMANUEL BORDOY, INDIVIDUALLY,
MARY ELIN ARCE, INDIVIDUALLY
AND AS MOTHER OF JUAN EMANUEL
BORDOY, AMANDA TRIGLOFF,
INDIVIDUALLY AND AS GENERAL
GUARDIAN OF R.S., A MINOR,
DEANDRE BARBEE, INDIVIDUALLY,
JANTAIL BARBEE, INDIVIDUALLY
AND AS MOTHER OF DEANDRE
BARBEE, LAURIE COURINGTON,
HUNTER COURINGTON, JENNIFER
MORROW, ALENA MORROW,
CALLISTA BASSETT, ANDREW
BASSETT, SONNITA ROBY,
INDIVIDUALLY AND AS A GENERAL
GUARDIAN OF D.P, A MINOR,
SHANNON MIKUSKI, BRAYDON
MCKENZIE, HEATHER GILLIAM,
COLBY GILLIAM, TAYLOR BROWN,
TARYNE BURKE, INDIVIDUALLY
AND AS A MOTHER WITH COURT-
APPOINTED GUARDIAN OF ASHTON
BURKE, SAMARI SIMS,
INDIVIDUALLY, DENISA CULLOM,
INDIVIDUALLY AND AS A MOTHER OF

No. 24-2594

SAMARI SIMS, COLLIN STOVER, INDIVIDUALLY, DANA STEWART, INDIVIDUALLY AND AS MOTHER OF COLLIN STOVER, RIAN CZAR JOHNSON, INDIVIDUALLY, SHILO RICH, INDIVIDUALLY AND AS A MOTHER OF RIAN CZAR JOHNSON, SHEENA SCHNEPP, INDIVIDUALLY AND AS MOTHER AND NATURAL GUARDIAN OF H.S., A MINOR, ZAYNE COSTELLO, INDIVIDUALLY, CRYSTAL ALEXANDER, COURTNEY TILLOTSON, MICHELL BROWN,

*Plaintiffs-Appellants,*

v.

WALGREENS CO., JOHNSON & JOHNSON CONSUMER INC., WALMART INC.,

*Defendants-Appellees.*

## DEFENDANTS-APPELLEES' MOTION FOR A 45-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND/OR FOR REHEARING EN BANC

Pursuant to Federal Rules of Appellate Procedure 26(b), 27 and 40 and Second Circuit Rule 27.1, Defendants-Appellees Kenvue Brands LLC, f/k/a Johnson & Johnson Consumer Inc. (Kenvue), Walgreens Co., and Walmart Inc. (together, "Defendants") respectfully move for a 45-

2

day extension of time to file a petition for rehearing and/or rehearing en banc.[1]

Defendants' petition is currently due on July 27, 2026. *See* Fed. R. App. P. 40(d)(1) (a petition is due "14 days after judgment is entered"). With the proposed extension, a petition would be due on September 10, 2026. This is Defendants' first request for an extension of time. Counsel for Defendants sought Plaintiffs-Appellants' position on this motion, and counsel indicated that they oppose this motion.

For the reasons explained below, good cause exists to grant the requested extension. *See* Fed. R. App. P. 26(b).

1.    On July 13, 2026, this Court entered an order reversing the district court's two grants of summary judgment to Defendants and remanding for further proceedings. This Court held in this multidistrict litigation that the district court abused its discretion in excluding some of Plaintiffs' experts under Federal Rule of Evidence 702. It vacated the *Phippen* decision, asking the district court to resolve

---

[1] Defendants simultaneously filed a separate motion requesting an extension of equal length in the related appeal, *Rutledge, et al. v. Walgreen Co., et al.*, Nos. 24-916, 24-1121, 24-2360 (2d Cir. July 13, 2026).

those claims in light of the principles articulated. *See Rutledge, et al., v. Walgreen Co., et al.*, Nos. 24-916, 24-1121, 24-2360, 24-2594 (slip op. at *7-8, *24) (2d Cir. July 13, 2026). This Court also rejected Defendants' alternative basis for affirmance based on implied preemption. *Id.* at *60-62.

2.      The extension is necessary to adequately address the complex issues in this case, which turn on important questions of law. This includes a detailed scientific analysis under Rule 702, evaluating the voluminous record in this litigation. The district court opinion exceeded 80 pages, the Joint Appendix spanned more than 6,600 pages, and this Court's opinion was 64 pages long.

3.      An extension is further warranted because Defendants anticipate that any petition would be filed collectively on behalf of more than a dozen defendants in the two related appeals. *See supra* note 1. Defendants respectfully request additional time to allow for coordination and input from all Defendants in these appeals.

4.      The extension is also necessary because Kenvue—the principal litigating Defendant—has engaged new appellate counsel after briefing and oral argument, following the retirement of its prior

4

lead counsel.  Naomi Scotten entered her appearance on June 29, 2026, and Cesar Lopez-Morales entered his appearance on July 13, 2026.  Ms. Scotten and Mr. Lopez-Morales are diligently focused on this matter, and request additional time in which to familiarize themselves with the record, conduct legal research, and draft any petition for rehearing and/or rehearing en banc.

5.      Further, an extension of time is needed to accommodate the conflicting deadlines of Kenvue's appellate counsel during the relevant time period.  These include:

- Reply in support of summary judgment in *Pegasystems Inc. v. Appian Corp.*, 1:23-CV-11776 (D. Mass), due on July 16, 2026;

- Opening appellate brief in *Plotkin, et al. v. Johnson & Johnson, et al.*, No. A.C. 49261 (Conn. Ct. App.), due July 17, 2026;

- Petition for Writ of Certiorari in *Johnson & Johnson, et al. v. Monroe*, No. S26T1554 (Ga. Supreme Court), due July 20, 2026;

- Response to complaint in *New York, et al. v. United States Dep't of Interior, et al.*, No. 1:26-CV-1910 (D.D.C.), due on August 10, 2026;

- Oral argument in *Shared P'ship v. Meta Platforms, Inc.*, No. 25-2612 (9th Cir.), on August 12, 2026.

## CONCLUSION

For the reasons stated above, this Court should grant Defendants' motion for a 45-day extension of time in which to file their petition for rehearing and/or rehearing en banc, up to and including September 10, 2026.

Dated: July 14, 2026                Respectfully submitted,

                                    */s/Naomi J. Scotten*

Kristen Lee Richer                  Naomi J. Scotten
BARNES & THORNBURG LLP               ORRICK, HERRINGTON &
2029 Century Park East                 SUTCLIFFE LLP
Suite 300                           51 West 52nd Street
Los Angeles, CA 90067               New York, NY  10019
                                    (212) 506-5000

*Counsel for Walgreens Co.*

                                    Cesar Lopez-Morales
Mark Ouweleen                       ORRICK, HERRINGTON &
BARTLIT BECK LLP                       SUTCLIFFE LLP
Courthouse Place, 54 West           2100 Pennsylvania Ave. NW
Hubbard Street                      Washington, DC 20037
Suite 300                           (202) 339-8400
Chicago, IL 60654

                                    Jessica L. Brennan
*Counsel for Walmart Inc.*          BARNES & THORNBURG LLP
                                    1776 On the Green
                                    67 East Park Place, Suite 1000
                                    Morristown, NJ 07960

                                    *Counsel for Defendant-Appellee*
                                    *Kenvue Brands LLC, f/k/a*
                                    *Johnson & Johnson Consumer*
                                    *Inc.*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion is printed in Century Schoolbook 14-point font, and it contains 660 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2)(B). I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Word for Microsoft 365 in Century Schoolbook 14-pt font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/Naomi J. Scotten*
Naomi J. Scotten
*Counsel for Defendant-Appellee*